**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

ROBERT CURTIS,                               )
                                             )
                    Plaintiff,               )
                                             )     Case No. 6:17-3072-CV-S-SRB
v.                                           )
                                             )
BRAD COLE, et al.,                           )
                                             )
                    Defendants.              )

## ORDER

On June 26, 2020, the Eighth Circuit reversed and remanded this Court's decision denying summary judgment to Defendants Brad Cole and Christian County, Missouri. The Eighth Circuit's June 26 Order instructed this Court to enter summary judgment in both Defendants' favor. The mandate was issued on August 18, 2020. Accordingly, this Court hereby grants summary judgment in favor of Defendants and against Plaintiff on all claims.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: August 19, 2020